THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING MAGARIL, Doing Business as I. MAGARIL, Appellant.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED SIEMON, Appellant.—

Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAPPINESS CANDY STORES, INC., Appellant, against JAMES J. SEXTON et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents. (Taxes of 1932 and 1933, Block 156, Lot 23.) In our opinion the appellant failed to sustain the burden of proof by a fair preponderance of the evidence for the reason that the opinion of value of respondents' witness was of higher quality in that it rested upon a stronger factual foundation. Orders confirming the assessments and dismissing writs of certiorari unanimously affirmed, with one bill of fifty dollars costs and disbursements. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

ELEANOR ROOSA, Respondent, v. GEORGE ROOSA, Appellant.—

Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.